STATE OF LOUISIANA

PARISH OF CALCASIEU

OFFICE OF THE CLERK OF COURT

  I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the:

**Entire Records**

Filed in CIVIL SUIT entitled:

**ANGEL STAYLER**
**VS**
**DALBIR SINGH**

And BEARING NUMBER   2022-384 on the CIVIL DOCKET of the above styled

Court.

  IN TESTIMONY WHEREOF, witness my official signature and seal of office at Lake Charles, Louisiana on this the 11TH day of MARCH A. D., 2022.

H. LYNN JONES II, CLERK OF COURT

_____

COURTNIE ANDERSON
Deputy Clerk of Court



| | |
|---|---|
| ANGEL STAYLER | DOCKET NO.: 2022-384 DIV.: B |
| VERSUS | 14th JUDICIAL DISTRICT COURT |
| DALBIR SINGH, GOLDEN EMPIRE TRUCKING, INC. AMTRUST NORTH AMERICA INC. AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | PARISH OF CALCASIEU PARISH STATE OF LOUISIANA |

## PETITION FOR DAMAGES

NOW INTO COURT, comes ANGEL STAYLER, persons of full age and majority

residing in Calcasieu Parish, Louisiana, who with respect represent the following:

1.

**SCANNED**

**FEB 23 2022**

Made Defendants herein are:

A.   **DALBIR SINGH,** upon information and belief a resident of the State of California, a person of the lawful age of majority domiciled and residing in San Bernardino County, State of California, who can be served via the Louisiana Long Arm Statute at his place of residence, 13743 San Antonio Avenue, Chino, CA 91710;

B.   **GOLDEN EMPIRE TRUCKING, INC.,** upon information and belief, a foreign corporation not authorized to do business in the State of Louisiana, which may be served through the Louisiana Long Arm Statute through its registered agent for service of process, Harpinder Singh at 13743 San Antonio Avenue, Chino, CA 91710;

C.   **AMTRUST NORTH AMERICA INC.,** upon information and belief, a foreign insurance company authorized to do business in the State of Louisiana, which may be served through its registered agent for service of process, Commissioner of Insurance, 1702 North Third Street, Baton Rouge, LA 70802;

D.   **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** upon information and belief, a foreign insurance company authorized to do business in the State of Louisiana, which may be served through its registered agent for service of process, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, LA 70809.

**FILED FEB 0 2 2022**

2.

The above-named defendants are justly and truly indebted, jointly and in solido, unto

Petitioner for damages, injuries, and losses sustained, together with legal interest from the date of

judicial demand, costs of these proceedings, and other general and equitable relief described herein

for the reasons described hereinafter.

Filing Date: 02/02/2022 12:00 AM        Page Count: 5
Case Number: 2022-000384
Document Name: PETITION

Venue and jurisdiction are proper as the subject accident occurred within the jurisdictional

limits of this court.

Date 02-02-2022        CALCASIEU CLERK-CCS
Check # 619041        FEB 02 2022 AM09:52:01
From Jordan McLean
Amt $ 675.00        **PROCESSED**
Rec'd by CP        Date: 2-22-22

4.

On or about February 12, 2021 at approximately 4:59 PM, ANGEL STAYLER was operating a 2014 Ford Fiesta traveling westbound on US Interstate 10 in the middle travel lane in Calcasieu Parish, Louisiana. At that same time, DALBIR SINGH was operating a 2017 Freight line Cascadia, traveling westbound on the shoulder of US Interstate 10.

5.

ANGEL STAYLER was in the middle travel lane, when suddenly and without warning, the left rear two wheels separated from the vehicle operated by DALBIR SINGH and proceeded into the lane of traffic occupied by ANGEL STAYLER and crashed into the right side of the vehicle operated by ANGEL STAYLER.

6.

The collision caused by the negligence of DALBIR SINGH caused serious injuries to ANGEL STAYLER.

7.

In no way did ANGEL STAYLER contribute to any cause of this accident.

8.

Upon information and belief, at the time of the accident, DALBIR SINGH was in the course and scope of his employment with GOLDEN EMPIRE TRUCKING, INC.

9.

The collision described above was caused solely and proximately by the recklessness, carelessness, negligence and fault of DALBIR SINGH in the following, non-exclusive, particulars, to-wit:

A.  In failing to keep a proper look out;

B.  In failing to keep the vehicle under proper control;

C.  In operating the vehicle in a wanton and reckless manner with no regard for the rights and safety of others;

D.  In traveling into the vehicle operated by ANGEL STAYLER;

E.  In failing to yield;

F.  In failing to see what he should have seen and if having seen, in failing to heed;

G.  In failing to stop;

H.  In violating the traffic laws of the State of Louisiana; and

I.    Any and all other acts and omissions to be proven through discovery or at the trial of this matter, all of which were in contravention of the exercise of due care and procedure.

10.

GOLDEN EMPIRE TRUCKING INC., is vicariously liable for the negligent actions of its employee, DALBIR SINGH. Petitioner alleges that a substantial cause of the above-described accident was the fault and/or negligence GOLDEN EMPIRE TRUCKING, INC., which is described in part but not exclusively as follows:

a.    Failing to provide proper driver training;

b.    Failing to employ a safe and competent driver;

c.    Failing to have a proper safety or accident provision program;

d.    Failing to provide reasonable testing, training or professional driving instruction;

e.    Failure to properly instruct drivers; and

f.    Any and all others acts and omissions to be proven through discovery or at the trial of this matter, all of which were in contravention of the exercise of due care and procedure, including but not limited to violations of federal, state and municipal regulations, statutes and ordinances.

11.

Petitioner is informed, believes, and therefore alleges that at the time of the accident the defendant, AMTRUST NORTH AMERICA INC., had issued a liability insurance policy to GOLDEN EMPIRE TRUCKING, INC., insuring DALBIR SINGH and/or GOLDEN EMPIRE TRUCKING, INC., and the vehicle DALBIR SINGH operated, and under the laws of the State of Louisiana, was in full force and effect at the time of the accident, and which insurance inures to the benefit of Petitioner under the provisions of the Louisiana Direct Action Statute, L.A. R.S. 22:1269.

12.

Petitioner further allege on information and belief that under the terms of the said policy, AMTRUST NORTH AMERICA INC. obligated itself to pay any and all damages caused to others as a result of the negligence of DALBIR SINGH and/or GOLDEN EMPIRE TRUCKING, INC., in the operation of said vehicle, and the vehicle being driven by DALBIR SINGH, described above, was covered by said policy at the time of said collision.

13.

AMTRUST NORTH AMERICA INC., DALBIR SINGH, and GOLDEN EMPIRE TRUCKING INC., are therefore liable, *in solido*, unto Petitioner in said collision, which is

itemized and set out hereafter.

14.

At the time of the collision at issue, Petitioner was covered by an insurance policy issued by Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, which provided uninsured/underinsured motorist coverage.

15.

As a result of the combined fault and/or negligence of the defendants in causing the aforementioned accident, Petitioner ANGEL STAYLER, suffered serious and disabling injuries to various parts of his body, including, but not limited to, the following: neck, back, head, arms, hands, legs, general soreness to his entire body, and any and all and all other injuries to be shown upon trial of this matter.

16.

As a result of the accident sued upon herein, Petitioner, ANGEL STAYLER, suffered the following damages:

    A.    Physical pain and suffering - past, present and future;

    B.    Mental pain, anguish, and distress - past, present and future;

    C.    Medical expenses - past, present, and future;

    D.    Loss of enjoyment of life - past, present and future;

    E.    Disability- past, present and future;

    F.    Impairment of earning capacity- past, present and future;

    G.    Any and all other damages which shall be proven at trial of this matter.

17.

Petitioner herein, ANGEL STAYLER, is therefore entitled to damages for the items set forth above in such amounts as are reasonable in the premises.

18.

Pursuant to the provisions of the Louisiana Code of Civil Procedure, Article 1423, et sec., Petitioner are entitled to a certified copy of any insurance policies issued to and/or otherwise insuring DALBIR SINGH, and/or GOLDEN EMPIRE TRUCKING, INC., for the claims made by Petitioner herein. Petitioner herein request a certified copy of any and all such policies of insurance within thirty (30) days of service of the petition upon them.

19.

DALBIR SINGH, GOLDEN EMPIRE TRUCKING, INC., AMTRUST NORTH AMERICA INC., and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY are therefore liable, jointly, severally, and *in solido*, unto the Petitioner for all damages sustained by Petitioner in said collision.

WHEREFORE, Petitioner pray that the defendants be served with a copy of this petition and citation, and after all legal delays and due proceedings had, there be judgment in favor of the Petitioner, ANGEL STAYLER and against the defendants AMTRUST NORTH AMERICA INC., DALBIR SINGH, GOLDEN EMPIRE TRUCKING, INC. and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY jointly, severally, and *in solido* for compensatory damages in an amount that will fully and adequately satisfy the demands of justice and equity, together with legal interest thereon from date of judicial demand, until paid, and for all cost of these proceedings.

Respectfully Submitted:

**GORDON MCKERNAN INJURY ATTORNEYS**

Tucker Wagner Nims (37821)
Attorney for ANGEL STAYLER
2505 Verot School Road
Lafayette, LA 70508
Phone:   (337) 735-8009
Facsimile:  (337) 704-2805
tucker@getgordon.com

**PLEASE SERVE:**

**DALBIR SINGH,**
Through Louisiana Long Arm Statute

**GOLDEN EMPIRE TRUCKING, INC.**
Through Louisiana Long Arm Statute

**AMTRUST NORTH AMERICA INC.**
Through its registered agent Commissioner of Insurance

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
Through its registered agent Louisiana Secretary of State

**ATTORNEYS:**
GORDON J. McKERNAN♦⅄ΩeΦ Δ
CHET G. BOUDREAUX✦⅄e
RICHARD F. ZIMMERMAN, III⅄Ωe Δ π
TIMOTHY J. McCRARY
J. CHANDLER LOUPE
CHRISTOPHER J. CORZOeΔ π⅄
BRAD R. MATTHEWS✦ π ⅄
LUKE J. THIBODEAUX, II
C. CHADWICK BOYKIN
MICHAEL J. MONTALBANO, III
CHRISTINA R. VALDES
ASHLEY M. DARVILLE
ERIK R. MILLER
ANNE MARIE MULLER-McCRARY
J. GREG MURPHY
ANNABELLE P. MANNING
CAMERON S. SNOWDEN
DOUGLAS K. FOSTER
ARLEN R. GARFUNKEL♦
BRENT A. ROBINSON
BRANDON S. STOCKSTILL
MSTI L. BRYANT✦
D. BRANDT SCHMOLKE
SEAN T. LANDRY
JAMIE P. CASHIO
ADELE H. NETTERVILLE
SHEA R. SMITH
BRIAN C. COLOMB
KATHERINE E. PIZZINI
DAVID M. LEFEVE
E. COURTNEY KRETZSINGER
H. DEAN LUCIUS
WILLIAM J. MITCHELL, II
MATTHEW R. REED
EMILY M. BURKARD
VALERIE A. DeLATTE
LaTOYA N. VIRDURE
MICHAEL M. ST. ROMAIN
CARMEN C. LIRIANO♦
AUB A. WARD e Δ
GERARD E. MORGAN
JEFF W. WATSON
DEVIN M. GUIDRY

Joseph "Jerry" McKernan
(1936-2012)
Shannon Eastman-Stuart
(1971-2018)

**OFFICES:**
BATON ROUGE
GONZALES
DENHAM SPRINGS
SHREVEPORT

**LAFAYETTE**
2505 Verot School Road
Lafayette, LA 70508
O: 337.999.9999
F: 337.704.2805

LAKE CHARLES
ALEXANDRIA
HAMMOND



**GORDON**
MCKERNAN INJURY ATTORNEYS
*Get Gordon! Get it Done!*

**MAILING ADDRESS ONLY:**
2505 Verot School Road
Lafayette, LA 70508

February 1, 2022

Writer's Email:  tucker@getgordon.com
Writer's Direct Dial:  337-541-6587

Calcasieu Parish Clerk of Court
**Attn:** *Civil Filing*
1000 Ryan Street Suite 5
Lake Charles, LA 70602

**VIA OVERNIGHT FEDERAL EXPRESS**

2022-384 B

Re:   **Angel Stayler v. Dalbir Singh, Golden Empire Trucking, Inc., et al**
**14ᵗʰ JDC –Calcasieu Parish – Docket No. _____**

To Whom It May Concern:

    Enclosed please find an original and two copies of the Petition for Damages, Request for Notice of Trial and Louisiana Civil Case Reporting form regarding the above referenced matter.  Please file the originals into the records of your office and return a date-stamped copy of each to me for completion of my file.  Please serve defendants as instructed on Petition for Damages.

    In addition, please be advised that below defendants, must be served under long arm statutes, as follows:

    Dalbir Singh
    13743 San Antonio Avenue
    Chino, CA 91710

    GOLDEN EMPIRE TRUCKING, INC.
    Through its registered agent
    Harpinder Singh
    13743 San Antonio Avenue
    Chino, CA 91710

CALCASIEU CLERK-COST
FEB 02 2022 AM 03:52:58

    Please provide our office with the necessary documents to properly serve them.

FILED_____ FEB 0 2 2022

Curtis B. LeBlanc
Deputy Clerk of Court
Calcasieu Parish Louisiana

...com

Licensed in Louisiana and Texas / ✦Above Licensed in Louisiana and Mississippi / ●Above Licensed in Louisiana and Alabama
⅄Million Dollar Advocates Forum / ΩMulti-Million Dollar Advocate / ✦Super Lawyer® / ΦAPITLAmerica® / ΔNational Trial Lawyers – Top 100 / πNational
Trial Lawyers – Top 40 Under 40

Also enclosed is my firm's check in the amount of $675.00 to cover the cost of filing.  If you have any questions, please do not hesitate to give me a call.

With kind regards, I am

Sincerely yours,

Tucker W. Nims
Gordon McKernan Injury Attorneys

TWN/mer
Enclosures

2022-384

ANGEL STAYLER

DOCKET NO.:          DIV.: B

VERSUS

14th JUDICIAL DISTRICT COURT

DALBIR SINGH,
GOLDEN EMPIRE TRUCKING, INC.
AMTRUST NORTH AMERICA INC. AND
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

PARISH OF CALCASIEU PARISH

STATE OF LOUISIANA

---

## REQUEST FOR NOTICE

Please take notice that TUCKER W. NIMS, attorney for Petitioner, does hereby request written notice of the date of trial of the above matter as well as notice of hearings (whether on merits or otherwise), orders, judgments, and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge or any member of Court, as provided in Louisiana Code of Civil Procedure of 1960, particularly Articles 1572, 1913, and 1914.

Respectfully Submitted:

**GORDON MCKERNAN INJURY ATTORNEYS**

Tucker Wagner Nims (37821)
Attorney for ANGEL STAYLER
2505 Verot School Road
Lafayette, LA 70508
Phone:   (337) 735-8009
Facsimile: (337) 704-2805
tucker@getgordon.com

Filing Date: 02/02/2022 12:00 AM          Page Count: 1
Case Number 2022-000384
Document Name: REQUEST FOR NOTICE

FILED   FEB 0 2 2022

Deputy Clerk of Court
Calcasieu Parish, Louisiana

CALCASIEU CLERK-COST
FEB 02 2022 AM09:53:12

**LOUISIANA CIVIL CASE REPORTING**
Civil Case Cover Sheet - LA. R.S. 13:4688 and
Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

Suit Caption:

Angel Stayler **vs.** Dalbir Singh, Golden Empire Trucking, Inc., Amtrust North America Inc., and State Farm Mutual Automobile Insurance Company

Court: __14th JDC__                    Docket Number: __2022-384 B__

Parish of Filing: __Calcasieu__        Filing Date: _____

Name of Lead Petitioner's Attorney: __TUCKER NIMS__

Name of Self-Represented Litigant: _____

Number of named petitioners: __1__       Number of named defendants: __4__

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

| | |
|---|---|
| ☑ Auto: Personal Injury | ☐ Auto: Property Damage |
| ☐ Auto: Wrongful Death | ☐ Auto: Uninsured Motorist |
| ☐ Asbestos: Property Damage | ☐ Asbestos: Personal Injury/Death |
| ☐ Product Liability | ☐ Premise Liability |
| ☐ Intentional Bodily Injury | ☐ Intentional Property Damage |
| ☐ Intentional Wrongful Death | ☐ Unfair Business Practice |
| ☐ Business Tort | ☐ Fraud |
| ☐ Defamation | ☐ Professional Negligence |
| ☐ Environmental Tort | ☐ Medical Malpractice |
| ☐ Intellectual Property | ☐ Toxic Tort |
| ☐ Legal Malpractice | ☐ Other Tort (describe below) |
| ☐ Other Professional Malpractice | ☐ Redhibition |
| ☐ Maritime | ☐ Class action (nature of case) |
| ☐ Wrongful Death | |
| ☐ General Negligence | |

*FILED FEB 0 2 2022*
*Deputy Clerk of Court*
*Calcasieu Parish, Louisiana*

Please briefly describe the nature of the litigation in one sentence of additional detail:
__Motor vehicle accident on 02/12/2021__

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:
Name __TUCKER NIMS__          Signature _____

Address __2505 Verot School Road, Lafayette, LA 70508__

Phone number: __(337) 735-8009__     E-mail address: __Tucker@getgordon.com__

Filing Date: 02/02/2022 12:00 AM          Page Count: 1
Case Number: 2022-000384
Document Name: Damages - Supreme Court Form

CALCASIEU CLERK-COST
FEB 02 2022 AM09:53:19

Citation/30 Day

ANGEL STAYLER
VS.   2022-000384
DALBIR SINGH



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:   DALBIR SINGH                                  PURSUANT TO LOUISIANA LONG/ARM
      13743 SAN ANTONIO AVENUE                      STATUTE
      CHINO, CA  91710

Parish of Long Arm, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the
demand contained in the petition of ANGEL STAYLER "PETITION FOR DAMAGES" against you,
certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of
the Clerk of Court, at the Courthouse in the City of Lake Charles, in said Parish, within thirty (30) days after
the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this          day of            .

Issued and delivered February 18, 2022

*Simone Zartler*

Simone Zartler

Deputy Clerk of Court

------------------------------------------------------------------------------------
SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____
20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen
years, living and residing in said domicile and whose name and other facts connected with this service, I learned
by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE       $_____                 BY:   _____
                                                Deputy Sheriff
MILEAGE       $_____

TOTAL $_____

Party No.    P001

Filing Date: 02/18/2022 08:03 AM     Page Count: 1
Case Number: 2022-000384
Document Name: 1650 Citation/30 Day

[ File Copy ]
CMS0048

Page 1 of 1



ANGEL STAYLER
VS.    2022-000384¹
DALBIR SINGH

Citation/30 Day

14ᵗʰ Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:   DALBIR SINGH
        13743 SAN ANTONIO AVENUE
        CHINO, CA  91710

PURSUANT TO LOUISIANA LONG/ARM
STATUTE

Parish of Long Arm, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of ANGEL STAYLER "PETITION FOR DAMAGES" against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse in the City of Lake Charles, in said Parish, within thirty (30) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this          day of          .

Issued and delivered February 18, 2022

Simone Zartler

Deputy Clerk of Court

----------------------------------------------------------------------------------------

SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE      $_____        BY:   _____
                                              Deputy Sheriff
MILEAGE      $_____

TOTAL $_____

Party No.    P001



Filing Date: 02/18/2022 08:03 AM    Page Count: 1
Case Number: 2022-000384
Document Name: 1630 Citation/30 Day

[ Original Copy ]
CMS0048

Page 1 of 1

ANGEL STAYLER
VS.   2022-000384
DALBIR SINGH

Citation/30 Day



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:   DALBIR SINGH                           PURSUANT TO LOUISIANA LONG/ARM
        13743 SAN ANTONIO AVENUE              STATUTE
        CHINO, CA  91710

Parish of Long Arm, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the
demand contained in the petition of ANGEL STAYLER "PETITION FOR DAMAGES" against you,
certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of
the Clerk of Court, at the Courthouse in the City of Lake Charles, in said Parish, within thirty (30) days after
the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this          day of          .

Issued and delivered February 18, 2022

*Simone Zartler*

Simone Zartler

Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - SERVICE INFORMATION - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received on the _____ day of _____ 20___, and on the _____ day of _____
20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen
years, living and residing in said domicile and whose name and other facts connected with this service, I learned
by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE        $_____                    BY: _____
                                                        Deputy Sheriff
MILEAGE       $_____

TOTAL $_____

Party No.     P001



Filing Date: 02/18/2022 08:03 AM       Page Count: 1
Case Number: 2022-000384
Document Name: 1630 Citation/30 Day

[ Service Copy ]
CMS0048

Page 1 of 1

ANGEL STAYLER
VS.   2022-000384·
DALBIR SINGH

Citation/30 Day



14ᵗʰ Judicial District Court
State of Louisiana
Parish of Calcasieu

---

THE STATE OF LOUISIANA

TO:   GOLDEN EMPIRE TRUCKING INC          PURSUANT TO LOUISIANA LONG/ARM
      THROUGH ITS REGISTERED               STATUTE
      AGENT FOR SERVICE OF PROCESS:
      HARPINDER SINGH
      13743 SAN ANTONIO AVENUE
      CHINO, CA  91710

Parish of Long Arm, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of ANGEL STAYLER "PEIITION FOR DAMAGES" against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse in the City of Lake Charles, in said Parish, within thirty (30) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 2ND day of FEBRUARY 2022.

Issued and delivered February 18, 2022



Simone Zartler

Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - - - - SERVICE INFORMATION - - - - - - - - - - - - - - - - - - - - - - - - -

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service. RETURNED:
PARISH OF _____ this _____ day of _____ 20_____

SERVICE       $_____

MILEAGE      $_____               BY:   _____
                                               Deputy Sheriff

TOTAL $_____

Party No.   P001

|||||||||||||||||||||||||||||||||||||
C M S 7 8 7 2 0 2 7
Filing Date: 02/18/2022 08:05 AM   Page Count: 1
Case Number: 2022-000384
Document Name: 1630 Citation/30 Day

[ File Copy ]
CMS0048                                              Page 1 of 1

| | Citation/30 Day | |
|---|---|---|
| ANGEL STAYLER<br>VS.   2022-000384<br>DALBIR SINGH |  | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

THE STATE OF LOUISIANA

TO:   GOLDEN EMPIRE TRUCKING INC          PURSUANT TO LOUISIANA LONG/ARM
     THROUGH ITS REGISTERED                                  STATUTE
     AGENT FOR SERVICE OF PROCESS:
     HARPINDER SINGH
     13743 SAN ANTONIO AVENUE
     CHINO, CA  91710

Parish of Long Arm, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of ANGEL STAYLER "PEIITION FOR DAMAGES" against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse in the City of Lake Charles, in said Parish, within thirty (30) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 2ND day of FEBRUARY 2022.

Issued and delivered February 18, 2022



Simone Zartler

Deputy Clerk of Court

----------------------------------------- SERVICE INFORMATION -----------------------------------------

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

<u>PERSONAL SERVICE</u> on the party herein named _____

<u>DOMICILIARY SERVICE</u> on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service. RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE          $_____                          BY:   _____
                                                     Deputy Sheriff

MILEAGE          $_____

TOTAL $_____

Party No.     P001


Filing Date: 02/18/2022 08:05 AM     Page Count: 1
Case Number: 2022-000384
Document Name: 1650 Citation/30 Day

[ Original Copy ]                                                                                          Page 1 of 1
CMS0048

ANGEL STAYLER
VS.    2022-000384'
DALBIR SINGH

Citation/30 Day



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:    GOLDEN EMPIRE TRUCKING INC          PURSUANT TO LOUISIANA LONG/ARM
       THROUGH ITS REGISTERED             STATUTE
       AGENT FOR SERVICE OF PROCESS:
       HARPINDER SINGH
       13743 SAN ANTONIO AVENUE
       CHINO, CA  91710

Parish of Long Arm, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the
demand contained in the petition of ANGEL STAYLER "PETITION FOR DAMAGES" against you, certified
copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the
Clerk of Court, at the Courthouse in the City of Lake Charles, in said Parish, within thirty (30) days after the
service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 2ND day of FEBRUARY 2022.

Issued and delivered February 18, 2022



Simone Zartler

Deputy Clerk of Court

----------------------------------------- SERVICE INFORMATION -----------------------------------------

Received on the _____ day of _____ 20___, and on the _____ day of _____
20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen
years, living and residing in said domicile and whose name and other facts connected with this service, I learned
by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20_____

SERVICE          $_____          BY:    _____
                                              Deputy Sheriff
MILEAGE          $_____

TOTAL $_____

Party No.    P001

Filing Date: 02/18/2022 08:05 AM      Page Count: 1
Case Number: 2022-000384
Document Name: 1650 Citation/30 Day

[ Service Copy ]
CMS0048

Page 1 of 1

Citation for Petition

ANGEL STAYLER                                                    14th Judicial District Court
VS.   2022-000384                             State of Louisiana
DALBIR SINGH                                                    Parish of Calcasieu

THE STATE OF LOUISIANA

TO:   AMTRUST NORTH AMERICA INC
      THROUGH ITS AGENT FOR
      SERVICE OF LEGAL PROCESS
      LOUISIANA COMMISSIONER OF
      INSURANCE
      1702 NORTH THIRD STREET
      Baton Rouge, LA  70802

Parish of East Baton Rouge

You are named as defendant in the above captioned matter. Attached to this citation is a:

      "PETITION FOR DAMAGES"

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or pleading in the 14th Judicial District Court located at 1001 Lakeshore Dr., Lake Charles, LA within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**
A.   A Defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

      If the plaintiff files and serves a Discovery Request with his Petition, the Defendant shall file his answer to the petition within **thirty (30) days** after service of citation and service of discovery request.

B.   When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or within **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

This Citation was issued by the Clerk for the Court for the 14th Judicial District Court this 2ND day of FEBRUARY 2022.

Issued and delivered February 22, 2022.

                                    Simone Zartler
                                    Deputy Clerk of Court

Requested by:

- - - - - - - - - - - - - - - - - - - - - - - - - - SERVICE INFORMATION - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___,
served the above named party as follows:

Filing Date: 02/22/2022 04:51 AM    Page Count: 2
Case Number: 2022-000384
Document Name: 1604 Citation for Petition

[ File Copy ]
CMS0068                                                              Page 1 of 2

<u>PERSONAL SERVICE</u> on the party herein named _____

<u>DOMICILIARY SERVICE</u> on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years,
living and residing in said domicile and whose name and other facts connected with this service, I learned by
interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20_____

SERVICE            $_____                    BY:    _____

MILEAGE          $_____                                Deputy Sheriff

TOTAL $_____

Party No.      P001

Citation for Petition

ANGEL STAYLER
VS.    2022-000384
DALBIR SINGH



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:   AMTRUST NORTH AMERICA INC
      THROUGH ITS AGENT FOR
      SERVICE OF LEGAL PROCESS
      LOUISIANA COMMISSIONER OF
      INSURANCE
      1702 NORTH THIRD STREET
      Baton Rouge, LA  70802

Parish of East Baton Rouge

You are named as defendant in the above captioned matter. Attached to this citation is a:

      "PETITION FOR DAMAGES"

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or pleading in the 14th Judicial District Court located at 1001 Lakeshore Dr., Lake Charles, LA within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**

C.  A Defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the Defendant shall file his answer to the petition within **thirty (30) days** after service of citation and service of discovery request.

D.  When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or within **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

This Citation was issued by the Clerk for the Court for the 14th Judicial District Court this 2ND day of FEBRUARY 2022.

Issued and delivered February 22, 2022.

*Simone Zartler*

Simone Zartler
Deputy Clerk of Court

Requested by:

- - - - - - - - - - - - - - - - - - - - - - - - - - - SERVICE INFORMATION - - - - - - - - - - - - - - - - - - - - - - - - - -

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

Filing Date: 02/22/2022 04:51 AM     Page Count: 2
Case Number: 2022-000384
Document Name: 1604 Citation for Petition

[ Original Copy ]
CMS0068

<u>PERSONAL SERVICE</u> on the party herein named _____

<u>DOMICILIARY SERVICE</u> on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years,
living and residing in said domicile and whose name and other facts connected with this service, I learned by
interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED:

PARISH OF _____ this _____ day of _____ 20____

SERVICE          $_____          BY:     _____

MILEAGE          $_____                  Deputy Sheriff

TOTAL $_____

Party No.     P001

ANGEL STAYLER
VS.    2022-000384
DALBIR SINGH

**Citation for Petition**



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:   AMTRUST NORTH AMERICA INC
      THROUGH ITS AGENT FOR
      SERVICE OF LEGAL PROCESS
      LOUISIANA COMMISSIONER OF
      INSURANCE
      1702 NORTH THIRD STREET
      Baton Rouge, LA  70802

Parish of East Baton Rouge

You are named as defendant in the above captioned matter. Attached to this citation is a:

     "PETITION FOR DAMAGES"

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or pleading in the 14th Judicial District Court located at 1001 Lakeshore Dr., Lake Charles, LA within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

   **Article 1001 of the Louisiana Code of Civil Procedure states:**
   E.   A Defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

        If the plaintiff files and serves a Discovery Request with his Petition, the Defendant shall file his answer to the petition within **thirty (30) days** after service of citation and service of discovery request.

   F.   When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

   C. The Court may grant additional time for answering.

   **Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

   A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or within **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

   **THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

This Citation was issued by the Clerk for the Court for the 14th Judicial District Court this 2ND day of FEBRUARY 2022.

Issued and delivered February 22, 2022.

*Simone Zartler*

Simone Zartler
Deputy Clerk of Court

Requested by:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - SERVICE INFORMATION - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20____, served the above named party as follows:

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
C M S 7 8 7 6 7 1 5
Filing Date: 02/22/2022 04:51 AM      Page Count: 2
Case Number: 2022-000384
Document Name: 1604 Citation for Petition

[ Service Copy ]
CMS0068

Page 1 of 2

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years,
living and residing in said domicile and whose name and other facts connected with this service, I learned by
interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE        $_____                    BY:    _____
                                                        Deputy Sheriff
MILEAGE        $_____

TOTAL $_____

Party No.      P001



Citation for Petition

ANGEL STAYLER
VS.    2022-000384
DALBIR SINGH

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:   STATE FARM MUTUAL
           AUTOMOBILE
              INSURANCE COMPANY
      THROUGH ITS AGENT FOR
      SERVICE OF LEGAL PROCESS:
      THE LOUISIANA SECRETARY OF
      STATE
      8585 ARCHIVES AVENUE
      Baton Rouge, LA  70809

Parish of East Baton Rouge

You are named as defendant in the above captioned matter. Attached to this citation is a:

    "PETITION FOR DAMAGES"

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or pleading in the 14th Judicial District Court located at 1001 Lakeshore Dr., Lake Charles, LA within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**
A.  A Defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

   If the plaintiff files and serves a Discovery Request with his Petition, the Defendant shall file his answer to the petition within **thirty (30) days** after service of citation and service of discovery request.

B.  When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or within **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

This Citation was issued by the Clerk for the Court for the 14th Judicial District Court this 2ND day of FEBRUARY 2022.

Issued and delivered February 22, 2022.

*Simone Zartler*

Simone Zartler
Deputy Clerk of Court

Requested by:

-------------------------------------------------------------------------

SERVICE INFORMATION

Filing Date: 02/22/2022 04:55 AM     Page Count: 2
Case Number: 2022-000384
Document Name: 1604 Citation for Petition

[ File Copy ]
CMS0068

Page 1 of 2

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20_____

| | | | |
|---|---|---|---|
| SERVICE | $_____ | BY: | _____ |
| | | | Deputy Sheriff |
| MILEAGE | $_____ | | |

TOTAL $_____

Party No.     P001

| | Citation for Petition | |
|---|---|---|
| ANGEL STAYLER<br>VS. 2022-000384<br>DALBIR SINGH |  | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

THE STATE OF LOUISIANA

TO: STATE FARM MUTUAL
　　　AUTOMOBILE
　　　　　INSURANCE COMPANY
THROUGH ITS AGENT FOR
SERVICE OF LEGAL PROCESS:
THE LOUISIANA SECRETARY OF
STATE
8585 ARCHIVES AVENUE
Baton Rouge, LA 70809

Parish of East Baton Rouge

You are named as defendant in the above captioned matter. Attached to this citation is a:

　　　"PETITION FOR DAMAGES"

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or pleading in the 14th Judicial District Court located at 1001 Lakeshore Dr., Lake Charles, LA within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**
C. A Defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the Defendant shall file his answer to the petition within **thirty (30) days** after service of citation and service of discovery request.

D. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or within **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

This Citation was issued by the Clerk for the Court for the 14th Judicial District Court this 2ND day of FEBRUARY 2022.

Issued and delivered February 22, 2022.

*Simone Zartler*

Simone Zartler
Deputy Clerk of Court

Requested by:

------------------------------------------------------------------------
SERVICE INFORMATION

C M S 0 7 8 7 6 7 1 6
Filing Date: 02/22/2022 04:55 AM　　Page Count: 2
Case Number: 2022-000384
Document Name: 1604 Citation for Petition

[ Original Copy ]
CMS0068

Page 1 of 2

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20_____

SERVICE          $_____                          BY:      _____
                                                                        Deputy Sheriff

MILEAGE        $_____

TOTAL $_____

Party No.     P001

[ Original Copy ]
CMS0068



| ANGEL STAYLER | Citation for Petition | 14th Judicial District Court |
|---|---|---|
| VS.   2022-000384 | | State of Louisiana |
| DALBIR SINGH | | Parish of Calcasieu |

THE STATE OF LOUISIANA

TO:   STATE FARM MUTUAL
                 AUTOMOBILE
                        INSURANCE COMPANY
        THROUGH ITS AGENT FOR
        SERVICE OF LEGAL PROCESS:
        THE LOUISIANA SECRETARY OF
        STATE
        8585 ARCHIVES AVENUE
        Baton Rouge, LA  70809

Parish of East Baton Rouge

You are named as defendant in the above captioned matter. Attached to this citation is a:

        "PETITION FOR DAMAGES"

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or pleading in the 14th Judicial District Court located at 1001 Lakeshore Dr., Lake Charles, LA within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**

E.   A Defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the Defendant shall file his answer to the petition within **thirty (30) days** after service of citation and service of discovery request.

F.   When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or within **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

This Citation was issued by the Clerk for the Court for the 14th Judicial District Court this 2ND day of FEBRUARY 2022.

Issued and delivered February 22, 2022.

*Simone Zartler*

Simone Zartler
Deputy Clerk of Court

Requested by:

------------------------------------------------------------------------------

SERVICE INFORMATION

Filing Date: 02/22/2022 04:55 AM     Page Count: 2
Case Number: 2022-000384
Document Name: 1604 Citation for Petition

[ Service Copy ]
CMS0068

Page 1 of 2

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED:

PARISH OF _____ this _____ day of _____ 20____

| | | | |
|---|---|---|---|
| SERVICE | $_____ | BY: | _____ |
| | | | Deputy Sheriff |
| MILEAGE | $_____ | | |

TOTAL $_____

Party No.     P001