UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ANGEL STAYLER** | **:** | **CIVIL ACTION NO. 2:22-cv-00689** |
| **VERSUS** | **:** | **JUDGE JAMES D. CAIN, JR.** |
| **DALBIR SINGH, ET AL.** | **:** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

The Report and Recommendation [doc. 17] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the Motion to Remand [doc. 8] be **DENIED**.

**THUS DONE AND SIGNED** in Chambers on the 7th day of December, 2022.

_____
JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**